Provided to Madison C.I. on 05/02/23 for mailing by HKW
Date / Initials

DS

# UNITED STATES DISTRICT COURT OF MIDDLE DISTRICT OF FLORIDA

FILED 2023 MAY -4 PM 12:24
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

DUANE SHARRARD
  Petitioner

v.                                    CASE NO: 8:23 cv 979 WFJ-AAS

RICKEY DIXON, SECRETARY
ASHLEY MOODY, ATT. GEN.
EXECUTIVE OFFICE, U.S. ATT.
  RESPONDANT

## EXECUTIVE WRIT OF HABEAS/MANDAMUS

Pursuant Article 1 Sect 9 U.S. Const. and 28 USC 2675, To order Petitioner to be brought before this court by authority of 5 USC 552 and Fla. stat. 119.11. For production, of records requested from Respondants, and if records cannot be provided, then this writ shall be granted, and petitioner shall be released effective immediately, where the raised claim(s) herein stands unrebutted.

Proving a Blatent disregard for the peoples rights described in the Fourth Amend. and Art IV sed 1 records ad proceedings shall be proved and the effect thereof.

## STATEMENT OF FACTS

Sharrard further asserts, that he had requested all the following: all bond information, criminal case bonding certification ect. And avers that the production of theses records would provide proof, that Sharrard is and remains (in a debtors prison) imprisoned from a violation of Fla. Const. ART. 1 Sect. 11, as statute is a bond for payment McGill v McGill. And the failure to provide, produce, or exhibit under penalties of perjury, would sustain that Petitioner is in fact, being held in violation of civil rights.

It is factual, that Defense lawyers often try to prevent the filing of criminal charges by arranging for a civil compromise. Much like mediated agreements with a civil compromise a defendant, an defendant agrees to reimburst a victim, asks a prosecutor not to file charges. This gives wealthier arrestee's or Suspects a ticket out of criminal Justice system, that poorer arrestees may not have.

People convicted of crimes may pay a fine or be incarcerated or both. People held liable in civil cases may have to pay money damages or give up property, but do not not goto jail or prison - We do not have a debtors prison for those who can't pay a civil Judgement.

Petitioner sought bond information from, ATTORNEY GENERAL, Executive Office U.S. Attorney, State attorney all with no avail.

### ARGUMENT ON LAW
### In Support of Facts

22 CFR 72.11, defines all crimes are commercial, and Fla. Stat. 775.083 defines penalties of for each crime, being a statute is a bond, The U.S. S.ct. held: Statutory schemes that convert criminal fines into debt collecting devices are patently unconstitutional, TATE v SHORT 401 U.S. 395; 91 S.ct. 668 (1971).
ARTICLE 1 Sect. 11 Prohibits imprisonment for debt.
It cannot be disputed that, the Florida Correctional is not an organized business, Nor can it be disputed that, Petitioner is being held in a clear violation of civil and due process rights.
And the fact that Petitioner is entitled to all relief stated herein.

### Sought Remedy
The Nature of relief sought is:
a) An order to produce all requested records and
b) Set and schedule an accellerated hearing

c. Immediate release of petitioner from all restraint and obligation

UNNOTARIZED OATH

I HEREBY CERTIFY, that I have read the Facts stated herein, and declare that they are true

/s/ Duane Sharrard
Duane Sharrard

CERTIFICATE OF SERVICE

I Certify that I have furnished a true correct copy of this Petition to

ATT. GENERAL
3507 E. Frontage RD
Tampa, Fl 33607

Clerk Court
801 N. Florida Ave
Tampa, Fl 33602

U.S. ATT.
Washington DC 20001

On this 2nd day of May, 2023

/s/ Duane Sharrard
DUANE Sharrard
382 SW MCI WAY
Madison, Fl 32340